F.P ref: **QF-2019-012860**

# CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention

L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) 15-01-2020

que le demande a ete executee       le (date)

-at (place, street, number)     **ICEBREAKER DATING LTD**

-a (localite, rue, numero)      C/O Jonathan Paul Blake, Dept 1775, 43 Owston Road, Doncaster DN6 8DA

- in one of the following methods authorised by article 5:

-dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method selon la forme particuliere suivante      Documents were served to Emily Laycock (Office Manager) at the company registered address given.

c) by delivery to the addressee, who accepted it voluntarily

par remise simple

The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person)

- (identite et qualite de la personne)

 - relationship to the addressee (family, business or other)

- liens de parente de subordination ou autres avec

le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.

Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes

Documents returned

Pieces renvoyees

in appropriate cases, documents establishing the service:

le cas echeant, les documents justicatifs de l'execution:



Done at London

fait a

the **28-01-2020**

Signature and/or stamp:

Signature et/ou cachet: