**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

ANGELA MARIA FABBRO

                Plaintiff                  **NOTICE OF APPEARANCE**
                                                              1:19-CV-05764(ENV)(SJB)

       v.

JONATHAN BLAKE &
CLAYTON GUNARS-STRAUTS

                Defendants.
_____

To:    The Clerk of Court and all parties of record:

      Please enter my appearance as counsel on behalf of Defendant Jonathan Blake.  I certify that I am admitted to practice in this Court.

Dated:  Ossining, New York
           February 28, 2020

                                                  Respectfully submitted,

                                                _/s Jeffrey A. Lindenbaum_____
                                                Jeffrey A. Lindenbaum (JL-1971)
                                                COLLEN IP
                                                The Holyoke-Manhattan Building
                                                80 South Highland Avenue
                                                Ossining, NY 10562
                                                Tel: (914) 941-5668
                                                Fax (914) 941-6091
                                                jlindenbaum@collenip.com

## **CERTIFICATE OF FILING AND SERVICE**

      I, Jeffrey A. Lindenbaum, hereby certify that on February 28, 2020, I filed the above Notice of Appearance using the Court's ECF system, which will send notification to all counsel of record.

                                                /s Jeffrey A. Lindenbaum